IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2005-SD1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-SD1,<br><br>       Plaintiff,<br>v.<br>AISHA T. VEAL; CITY OF CHICAGO, A MUNICIPAL CORPORATION; LVNV FUNDING, LLC; THE HUNTINGTON NATIONAL BANK AS SUCCESSOR IN INTEREST TO UNION FEDERAL BANK OF INDIANAPOLIS; UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; ARTHUR VEAL,<br><br>       Defendants. | Case No. 1:13-cv-1081<br><br>District Judge: Milton I Shadur |

## **MOTION TO VOLUNTARILY DISMISS AND VACATE JUDGMENT**

NOW COMES, Plaintiff, Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2005-SD1, Mortgage Pass-Through Certificates, Series 2005-SD1, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court pursuant to Fed. R. Civ. P. 41(a) for an Order of Dismissal of this cause without prejudice and an order to vacate Judgment and in support states as follows:

1. The Complaint to Foreclose Mortgage was filed on February 11, 2013.
2. Judgment was entered on May 14, 2014 and amended on June 6, 2014.
3. Borrower(s) have completed a modification plan.
4. No cross claims or counterclaims pending in this action.
5. The Plaintiff desires to dismiss this action and vacate judgment.

WHEREFORE, the Plaintiff, Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2005-SD1, Mortgage Pass-Through Certificates, Series 2005-SD1, respectfully requests that this Honorable Court enter an order dismissing this action without prejudice and vacating Judgment.

By: */s/ Kimberly J. Goodell*
    Kimberly J. Goodell (ARDC #6305436)

Potestivo & Associates, P.C.
Keith Werwas (ARDC #6291042)
Kimberly J. Goodell (ARDC #6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
Artapong Sriratana (ARDC# 6298717)
Anuolu R. Fasoranti (ARDC# 6308979)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Plaintiff
Our File No.: C14-95762
kgoodell@potestivolaw.com